JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **DEBORAH AMAYA on behalf of D.V.A., a minor,** | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. EDCV 15-01525 AJW |
| v. | )<br>) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Commissioner of Social Security,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

February 22, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge