# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.V.A, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 5:15-cv-01525-AJW <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,974.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: May 24, 2017

_____
THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE